IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE E. LA, | No. C-08-5230 MMC |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF FIRST AMENDED COMPLAINT** |
| v. | |
| ANDRA LEONARD ALLEN, et al., | |
| Defendants / | |

By order filed November 14, 2008 in the Southern District of California, the above-titled action was transferred to this District, and, on November 19. 2008, was assigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS plaintiff to submit, no later than December 5, 2008, a chambers copy of the First Amended Complaint filed in the Southern District of California.

**IT IS SO ORDERED.**

Dated: November 21, 2008

MAXINE M. CHESNEY
United States District Judge