IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE E. LA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDRA LEONARD ALLEN, et al.,<br><br>    Defendants<br>_____/ | No. C-08-5230 MMC<br><br>**ORDER RE: DEFENDANTS' STATUS UPDATE** |

    By order filed November 14, 2008 in the Southern District of California, the above-titled action was transferred to the instant District. On December 16, 2008, defendants filed a "Status Update,"[1] in which they report the Southern District had not, prior to transferring the action, ruled on a then-pending motion to dismiss; defendants seek clarification as to the procedure to be followed with respect to said unresolved motion.

    If defendants wish this Court to consider their previously-filed motion to dismiss, defendants must renotice the motion for hearing on a Friday at 9:00 a.m., after meeting and

---

[1] Defendants did not provide the Court with a chambers copy of the Status Update. For future reference, defendants are reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"

1  conferring with plaintiff as to a date on which both counsel are available.  Because the
2  motion has been fully briefed, (see Docket Nos. 8, 9, 10), the parties shall not refile any
3  document previously filed in support of or in opposition to the motion.  The parties are
4  hereby DIRECTED, however, to provide the Court with a "Chambers Copy" of each of their
5  respective filings in support of and in opposition to the motion, and to do so no later than
6  three weeks before the date the parties jointly select for the hearing.

**IT IS SO ORDERED.**

Dated:  December 18, 2008

_____
MAXINE M. CHESNEY
United States District Judge