1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  GRACE E. LA,                          No. C-08-5230 MMC

12          Plaintiff,                    **ORDER VACATING FEBRUARY 27, 2009
                                          HEARING ON DEFENDANTS' MOTION
13     v.                                 TO DISMISS; CONTINUING CASE
                                          MANAGEMENT CONFERENCE**
14
    ANDRA LEONARD ALLEN, et al.,
15
            Defendants
16  _____/

17

18         Before the Court is defendants' "Motion to Dismiss for Lack of Venue or in the

19  Alternative to Transfer Venue, Motion to Dismiss for Failure to State a Claim and Motion to

20  Strike," filed in the Southern District of California on June 19, 2008.  The motion was fully

21  briefed during the period in which the above-titled action was pending in the Southern

22  District.  Having read and considered the papers filed in support of and in opposition to the

23  motion,[1] the Court deems the matter suitable for decision thereon, and VACATES the

24  hearing scheduled for February 27, 2009.

25  //

26  _____

27         [1]By order filed November 14, 2008, the Southern District of California transferred the
    instant action to this District, thereby resolving the portion of defendants' motion pertaining
28  to venue.  Additionally, defendants' motion, contrary to its title, does not include a motion to
    strike.  Consequently, the remaining matter before the Court is defendants' motion to
    dismiss.

1    In light of the pendency of defendants' motion to dismiss, the Case Management

2  Conference is hereby CONTINUED from February 27, 2009 to April 18, 2009.  A Joint

3  Case Management Statement shall be filed no later than April 11, 2009.

4    **IT IS SO ORDERED.**

5

6  Dated: February 23, 2009

7                                                   MAXINE M. CHESNEY
                                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2