1  Charles B. Christensen, Esq. (SBN 56728)
   Heather M. Ferbert, Esq. (SBN 246759)
2  CHRISTENSEN & SPATH, LLP
   550 West "C" Street, Suite 1660
3  San Diego, CA 92101
   Tel. (619) 236-9343
4  Fax (619) 236-8307
   Attorneys for Plaintiff GRACE E. LA
5
   Timothy P. Dillon, Esq. (SBN 190839)
6  Nadya Y. Spivack, Esq. (SBN 222595)
   DILLON & GERARDI, APC
7  4660 La Jolla Village Drive, Suite 775
   San Diego, CA 92122
8  Tel. (858) 587-1800
   Fax (858) 587-2587
9  Attorneys for Defendants ANDRA LEONARD ALLEN and FOREVER DIAMONDS

10

## UNITED STATES DISTRICT COURT

11

## NORTHERN DISTRICT OF CALIFORNIA

12

| GRACE E. LA, | ) | **CASE NO.: C-08-5230 MMC** |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING JOINT |
| v. | ) | **REQUEST TO POSTPONE CASE MANAGEMENT CONFERENCE** |
| ANDRÁ LEONARD ALLEN; and FOREVER DIAMONDS, a business entity of unknown origin, inclusive, | ) | Date: April 17, 2009 |
|  | ) | Time: 10:30 a.m. |
|  | ) | Judge: Hon. Maxine M. Chesney |
|  | ) | Dept.: 7 |
| Defendants. | ) | Complaint Filed: March 21, 2008 |
|  | ) | Trial Date: None Set |

19   Plaintiff GRACE E. LA and Defendants ANDRA LEONARD ALLEN and FOREVER

20 DIAMONDS hereby submit this Request to Postpone the Case Management Conference, currently

21 scheduled for April 17, 2009, at 10:30 a.m.

22   The parties request that the Court postpone the Case Management Conference to a date after

23 the Court makes its final determination on the pending Motion to Dismiss, which is scheduled to be

24 heard on May 8, 2009, at 9:00 a.m.

25 //

26 //

27 //

28 //

---

E:\CLIENTS\La, Grace\Pleadings\Req Postpone CMC.wpd

1

REQUEST TO POSTPONE CASE MANAGEMENT CONFERENCE

Dated: April 8, 2009

Respectfully Submitted,
CHRISTENSEN & SPATH LLP

By: _____s/ Charles B. Christensen_____
Charles B. Christensen, Esq.
Heather M. Ferbert, Esq.
Attorneys for Plaintiff GRACE E. LA
Email: cbc@csslawllp.com

Dated: April 8, 2009

Respectfully Submitted,
DILLON & GERARDI APC

By: _____s/ Nadya Y. Spivack_____
Timothy P. Dillon, Esq.
Nadya Y. Spivack, Esq.
Attorneys for Defendants ANDRA LEONARD ALLEN and FOREVER DIAMONDS
Email: tdillon@dillongerardi.com

## ORDER

Good cause appearing, the parties' joint request is hereby GRANTED, and the Case Management Conference is hereby CONTINUED from April 17, 2009 to June 12, 2009. A Joint Case Management Statement shall be filed no later than June 5, 2009.

Dated: April 9, 2009

_[signature]_
United States District Judge