IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE E. LA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDRA LEONARD ALLEN, et al.,<br><br>    Defendants<br>_____/ | No. C-08-5230 MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS** |

    In light of the Court's calendar, the hearing on defendants' Motion to Dismiss for Failure to State a Claim, filed March 30, 2009, is hereby CONTINUED from May 8, 2009 to May 22, 2009.

    **IT IS SO ORDERED.**

Dated: April 30, 2009

                                      MAXINE M. CHESNEY
                                      United States District Judge