UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE E. LA,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDRÁ LEONARD ALLEN; and FOREVER DIAMONDS, a business entity of unknown origin, inclusive,<br><br>        Defendants. | CASE NO. C-08-5230 MMC<br><br>[PROPOSED] ORDER GRANTING JOINT REQUEST TO POSTPONE HEARING ON DEFENDANTS' MOTION TO DISMISS<br><br>Date: ~~May 22, 2009~~<br>Time: 9:00 a.m.<br>Judge: Hon. Maxine M. Chesney<br>Dept.: 7 |

Good cause appearing, and in light of the Court's request to hear oral arguments relating to the possibility of the Defendants' Motion to Dismiss, the parties' joint request is hereby GRANTED, and the Hearing on Defendants' Motion to Dismiss is hereby CONTINUED from May 22, 2009, to May 29, 2009.

IT IS SO ORDERED.

Dated: __May 14_____, 2009

                                              Honorable Maxine M. Chesney
                                              United States District Judge