IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE LA, | No. C-08-5230 MMC |
| Plaintiff, | **ORDER VACATING MAY 29, 2009 HEARING** |
| v. | |
| ANDRA LEONARD ALLEN, et al., | |
| Defendants / | |

Before the Court is defendants Andra Leonard Allen and Forever Diamonds's Motion to Dismiss for Failure to State a Claim, filed March 30, 2009. Plaintiff Grace E. La has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties' respective submissions, and VACATES the hearing scheduled for May 29, 2009.

**IT IS SO ORDERED.**

Dated: May 27, 2009

MAXINE M. CHESNEY
United States District Judge