# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE E. LA, | CASE NO. C-08-5230 MMC |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S REQUEST TO FOREGO FURTHER AMENDMENT OF SECOND AMENDED COMPLAINT AND INSTRUCTING DEFENDANTS TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| v. | |
| ANDRÁ LEONARD ALLEN; and FOREVER DIAMONDS, a business entity of unknown origin, inclusive, | |
| Defendants. | |
| | Date:  June 22, 2009<br>Judge: Hon. Maxine M. Chesney<br>Dept.:  7 |

In light of the representations made in the Joint Stipulation of Counsel Concerning Motion to Dismiss, Plaintiff GRACE E. LA is hereby permitted to proceed on her Second Amended Complaint, without further amendment, based on the First Count of the First Cause of Action; the Second Cause of Action; the Third Cause of Action; the Fifth Cause of Action; the Seventh Cause of Action; the Eighth Cause of Action; the Ninth Cause of Action; the Tenth Cause of Action; the Eleventh Cause of Action; and the Twelfth Cause of Action.

Defendants ANDRA LEONARD ALLEN and FOREVER DIAMONDS are instructed to file an Answer to the Second Amended Complaint no later than July 2, 2009.

//

//

---

1  IT IS SO ORDERED.

2

3  Dated: __June 25_____, 2009

4                                        Honorable Maxine M. Chesney
                                         United States District Judge