1  Charles B. Christensen, Esq. (SBN 56728)
   Heather M. Ferbert, Esq. (SBN 246759)
2  CHRISTENSEN & SPATH, LLP
   550 West "C" Street, Suite 1660
3  San Diego, CA  92101
   Tel. (619) 236-9343
4  Fax  (619) 236-8307
   Attorneys for Plaintiff GRACE E. LA
5
   Timothy P. Dillon, Esq. (SBN 190839)
6  Nadya Y. Spivack, Esq. (SBN 222595)
   DILLON & GERARDI, APC
7  4660 La Jolla Village Drive, Suite 775
   San Diego, CA 92122
8  Tel. (858) 587-1800
   Fax (858) 587-2587
9  Attorneys for Defendants ANDRA LEONARD ALLEN and FOREVER DIAMONDS

10

11                          **UNITED STATES DISTRICT COURT**

12                          **NORTHERN DISTRICT OF CALIFORNIA**

13  GRACE E. LA,                          )   **CASE NO.: C-08-5230 MMC**
                                          )
14          Plaintiff,                    )   **STIPULATION TO CONDUCT CASE**
                                          )   **MANAGEMENT CONFERENCE**
15      v.                                )   **TELEPHONICALLY** ; ORDER THEREON
                                          )
16  ANDRÁ LEONARD ALLEN; and              )   Date:   July 31, 2009
    FOREVER DIAMONDS, a business entity   )   Time:   10:30 a.m.
17  of unknown origin, inclusive,         )   Judge:  Hon. Maxine M. Chesney
                                          )   Dept.:  7
18          Defendants.                   )   Complaint Filed: March 21, 2008
    _____ )   Trial Date: None Set

19          Pursuant to Civil Local Rule 16-10(a), Counsel for Plaintiff GRACE E. LA ("Plaintiff")

20  and Counsel for Defendants ANDRA LEONARD ALLEN and FOREVER DIAMONDS

21  ("Defendants") hereby stipulate to conduct the Case Management Conference, currently

22  scheduled for July 31, 2009, telephonically.  This request is based on the fact that Plaintiff's

23  Counsel and Defendants' Counsel practice in San Diego, California, and it creates a financial

24  burden on the Plaintiff and Defendants for their respective Counsel to travel to San Francisco,

25  California, to make a personal appearance for what is anticipated to be a short Case Management

26  Conference.

27  //

28  //

| | | |
|---|---|---|
| 1 | Dated: July 27, 2009 | Respectfully Submitted,<br>CHRISTENSEN & SPATH LLP |
| 2 | | |
| 3 | | |
| 4 | | By: ___s/ Charles B. Christensen___<br>Charles B. Christensen, Esq.<br>Attorney of Record for Plaintiff GRACE E. LA |
| 5 | | E-mail: cbc@candslaw.net |
| 6 | | |
| 7 | Dated: July 27, 2009 | Respectfully Submitted,<br>DILLON & GERARDI APC |
| 8 | | |
| 9 | | By: ___s/ Nadya Y. Spivack___<br>Timothy P. Dillon, Esq.<br>Nadya Y. Spivack, Esq. |
| 10 | | Attorneys for Defendants<br>ANDRA LEONARD ALLEN and |
| 11 | | FOREVER DIAMONDS<br>Email: tdillon@dillongerardi.com |

**ORDER**

Good cause appearing, the parties' stipulation that Charles B. Christensen, Esq., Heather M. Ferbert, Esq., Timothy P. Dillon, Esq., and Nadya Y. Spivack, Esq., will appear telephonically for the July 31, 2009, Case Management Conference is hereby GRANTED.

Dated: July __28__, 2009

_____
Honorable Maxine M. Chesney
United States District Judge