Charles B. Christensen, Esq. (SBN 56728)
Heather M. Ferbert, Esq. (SBN 246759)
CHRISTENSEN & SPATH, LLP
550 West "C" Street, Suite 1660
San Diego, CA  92101
Tel. (619) 236-9343
Fax  (619) 236-8307
Attorneys for Plaintiff GRACE E. LA

Timothy P. Dillon, Esq. (SBN 190839)
Nadya Y. Spivack, Esq. (SBN 222595)
DILLON & GERARDI, APC
4660 La Jolla Village Drive, Suite 775
San Diego, CA 92122
Tel. (858) 587-1800
Fax (858) 587-2587
Attorneys for Defendant ANDRA ALLEN and FOREVER DIAMONDS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE E. LA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDRA' ALLEN; and FOREVER DIAMONDS, a business entity of unknown origin, inclusive,<br><br>    Defendants. | **CASE NO.: C-08-5230 MMC**<br><br>ORDER APPROVING<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Judge: Hon. Maxine M.Chesney<br>Dept.: 7<br>Complaint Filed: March 21, 2008<br>Trial Date: August 30, 2010 |

  IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between PLAINTIFF GRACE E. LA and DEFENDANT ANDRA ALLEN, individually and doing business as FOREVER DIAMONDS, as follows:

1. The present action was commenced on March 21, 2008;
2. The action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the Court for dismissal;

3. Pursuant to the terms of the settlement agreement reached between the parties, each party shall bear their own costs and attorney's fees.

4. The action is hereby dismissed, in its entirety, with prejudice as to all Defendants.

Respectfully Submitted,

Dated: March 9, 2010                             CHRISTENSEN & SPATH LLP

By:    s/ Charles B. Christensen
       Charles B. Christensen, Esq.
       Heather M. Ferbert, Esq.
       Attorneys for PLAINTIFF,
       Grace E. La

Dated: March 9, 2010                             DILLON & GERARDI APC

By:    s/ Timothy P. Dillon
       Timothy P. Dillon, Esq.
       Nadya Y. Spivack, Esq.
       Attorneys for Defendants ANDRA
       ALLEN and FOREVER
       DIAMONDS

## ORDER

The parties' stipulation for voluntary dismissal is hereby APPROVED, and all causes of action are hereby dismissed against all Defendants, with prejudice, with each party bearing their own costs and fees.

IT IS SO ORDERED,

Dated: March 11, 2010

Hon. Maxine M. Chesney
United States District Judge